# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130359

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LUCAS DANIEL BURNETT,
        Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130359
COA: 266836
Oakland CC: 2005-202311-FH

_____/

      On order of the Court, the application for leave to appeal the January 3, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

t0424